

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR.**, Et al., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

　　Appellants' briefs were due March 26, 2014.  Mr. Manuel C. Rodriguez, who represents one of the appellants, has filed a motion for an extension of time until April 15, 2014.

　　The motion is GRANTED and Mr. Rodriguez is ORDERED to file appellant's brief <u>no later than April 15, 2014</u>.  Because this is an accelerated appeal from the trial court's order terminating appellant's parental rights, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.  If Mr. Rodriguez does not file appellant's brief by April 15, 2014, this appeal will be abated to the trial court for appointment of new counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

Keith E. Hottle
Clerk of Court